# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3839

_____

Marie Chapman,                          *
                                        *
              Appellee,                  *
                                        *   Appeal from the United States
       v.                               *   District Court for the Western
                                        *   District of Arkansas.
Western Arkansas Anesthesiology         *
Associates, P.A.; Irene France,         *        [UNPUBLISHED]
                                        *
              Appellants.                *

_____

Submitted:  April 10, 2000

Filed:  April 19, 2000

_____

Before McMILLIAN and FAGG, Circuit Judges, and ROSENBAUM,* District Judge.

_____

PER CURIAM.

        Western Arkansas Anesthesiology Associates, P.A. and Irene France
(collectively the appellants) appeal the judgment of the district court entered on a jury
verdict holding them liable in Marie Chapman's medical malpractice action.  After
careful consideration of the record and the parties' briefs, we conclude the district court
correctly rejected the appellants' claim that the testimony of Chapman's medical expert

_____

        *The Honorable James M. Rosenbaum, United States District Judge for the
District of Minnesota, sitting by designation.

should have been excluded because the expert was not familiar with the standard of care for a certified registered nurse anesthetist in the Fort Smith, Arkansas, locality in which the appellants practice or a similar community. We also conclude that an extensive discussion would serve no useful precedential purpose in this diversity-based case. Having concluded the district court's ruling is correct, we thus affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.